# EXHIBIT G

Account # 000608



September 24, 2015

BRUCE REED
416 NORTH MAIN ST
WARRENSBURG, MO 64093

Dear BRUCE REED,

Enclosed is your royalty earnings statement for the Third Quarter - 2015. Your earnings are summarized below:

## SUMMARY OF ROYALTY EARNINGS

### ROYALTY EARNED CURRENT QUARTER

| | |
|---|---:|
| Direct | $0.69 |
| Video | $65.03 |
| **TOTAL EARNINGS** | **$65.72** |

### PREVIOUSLY UNPAID ROYALTIES EARNED

| | |
|---|---:|
| Direct | $1.87 |
| Video | $2.39 |
| **TOTAL PREVIOUSLY UNPAID EARNINGS** | **$4.26** |
| **NET ROYALTIES PAID** | **$69.98** |

### COMMENTS

If you receive guaranteed weekly pay, your royalty payment will be applied to your guarantee for this week. Otherwise, please find enclosed a check or direct deposit notification.

If you have any questions, please contact me at 203-352-8682.

Sincerely,

*Tom Bergamasco*

Tom Bergamasco
Director of Talent Participations

Enclosure

| | | | | | | |
|---|---|---|---|---|---|---|
| Print Date:9/24/2015 Page :1 of 3 Account: 000608 | | TALENT NAME: BUTCH REED | | | | 2015 Q3 |
| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
| **Direct** | | | | | | |
| **Domestic Events** | | | | | | |
| WWE94787 | MACHO MADNESS RANDY 3DI | 3/28/2015 | CA216150328 | 360.10 | 0.08621 | 0.16 |
| WWE94787 | MACHO MADNESS RANDY 3DI | 3/26/2015 | CA218150326 | 888.01 | 0.08621 | 0.38 |
| TOTAL : WWE94787 | | | | 1,248.11 | | $0.54 |
| TOTAL : Domestic Events | | | | 1,248.11 | | $0.54 |
| **WWE SHOP** | | | | | | |
| 65119194547 | WORLDS GREATEST WRESTLI | 2015 Q1 | 2015 Q1 | 75.32 | 0.02890 | 0.02 |
| ROYALRUMBLE88 | ROYAL RUMBLE 88 | 2015 Q1 | 2015 Q1 | 464.04 | 0.14706 | 0.14 |
| ROYALRUMBLE88 | ROYAL RUMBLE 88 | 2015 Q2 | 2015 Q2 | 105.96 | 0.14706 | 0.03 |
| TOTAL : ROYALRUMBLE88 | | | | 570.00 | | $0.17 |
| WWE94747 | BEST OF SAT NIGHTS MAIN E | 2015 Q1 | 2015 Q1 | 262.35 | 0.04132 | 0.11 |
| WWE94747 | BEST OF SAT NIGHTS MAIN E | 2015 Q2 | 2015 Q2 | 105.30 | 0.04132 | 0.04 |
| TOTAL : WWE94747 | | | | 367.65 | | $0.15 |
| WWE94787 | MACHO MADNESS RANDY 3DI | 2015 Q1 | 2015 Q1 | 2,440.72 | 0.08621 | 1.05 |
| WWE94787 | MACHO MADNESS RANDY 3DI | 2015 Q2 | 2015 Q2 | 1,447.39 | 0.08621 | 0.62 |
| TOTAL : WWE94787 | | | | 3,888.11 | | $1.67 |
| WWF604 | WMANIA IV 88 VIDEO | 2015 Q1 | 2015 Q1 | 148.09 | 0.02300 | 0.01 |
| TOTAL : WWE SHOP | | | | 5,049.17 | | $2.02 |
| **TOTAL : Direct** | | | | 6,297.28 | | $2.56 |
| **Video** | | | | | | |
| **ENTERTAINMENT ONE FILMS CANADA INC.** | | | | | | |
| KOC-DV-9285 | SATURDAY NIGHT MAIN EVEN | 2014 Q4 | 2014 Q4 | 69.74 | 0.20661 | 0.14 |
| KOC-DV-9289 | MACHO MADNESS- THE ULTI | 2014 Q4 | 2014 Q4 | 179.58 | 0.43103 | 0.77 |
| WF049 | SURVIVOR SERIES 1 | 2014 Q4 | 2014 Q4 | 545.95 | 0.37000 | 0.40 |
| TOTAL : ENTERTAINMENT ONE FILMS CANADA INC. | | | | 795.27 | | $1.31 |
| **FREMANTLEMEDIA LIMITED** | | | | | | |
| FHEDWWE591 | MACHO MADNESS RANDY SA | 2015 Q1 | 2015 Q1 | 208.30 | 0.43103 | 0.90 |
| TOTAL : FREMANTLEMEDIA LIMITED | | | | 208.30 | | $0.90 |
| **HVDIRECT** | | | | | | |
| WWE94747 | BEST OF SAT NIGHTS MAIN E | 2015 Q1 | 2015 Q1 | 121.71 | 0.04132 | 0.05 |
| WWE94747 | BEST OF SAT NIGHTS MAIN E | 2015 Q2 | 2015 Q2 | 424.74 | 0.04132 | 0.18 |
| TOTAL : WWE94747 | | | | 546.45 | | $0.23 |
| TOTAL : HVDIRECT | | | | 546.45 | | $0.23 |
| **HVDIRECT1** | | | | | | |
| ROYALRUMBLE88 | ROYAL RUMBLE 88 | | | 1,702.53 | 0.14706 | 0.13 |
| TOTAL : ROYALRUMBLE88 | | | | 1,702.53 | | $0.13 |
| TOTAL : HVDIRECT1 | | | | 1,702.53 | | $0.13 |
| **REGENCY MEDIA** | | | | | | |
| FHEDWWE591 | MACHO MADNESS RANDY SA | 2014 Q4 | 2014 Q4 | 18,461.10 | 0.43103 | 39.79 |
| FHEDWWE591 | MACHO MADNESS RANDY SA | 2015 Q1 | 2015 Q1 | 1,784.15 | 0.43103 | 3.85 |
| TOTAL : FHEDWWE591 | | | | 20,245.25 | | $43.64 |
| KAL0240 | DIVAS UNDRESSED | 2013 Q3 | 2013 Q3 | 22.08 | 0.31250 | 0.07 |
| KAL0240 | DIVAS UNDRESSED | 2013 Q4 | 2013 Q4 | 10.13 | 0.31250 | 0.03 |
| KAL0240 | DIVAS UNDRESSED | 2014 Q1 | 2014 Q1 | 16.53 | 0.31250 | 0.05 |
| KAL0240 | DIVAS UNDRESSED | 2014 Q2 | 2014 Q2 | 49.57 | 0.31250 | 0.15 |
| KAL0240 | DIVAS UNDRESSED | 2014 Q3 | 2014 Q3 | 91.84 | 0.31250 | 0.29 |
| KAL0240 | DIVAS UNDRESSED | 2014 Q4 | 2014 Q4 | 4.80 | 0.31250 | 0.02 |

Print Date:9/24/2015  
Page :2 of 3  
Account: 000608

TALENT NAME: BUTCH REED

2015 Q3

| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
|---|---|---|---|---|---|---|
| KAL0240 | DIVAS UNDRESSED | 2015 Q1 | 2015 Q1 | 14.71 | 0.31250 | 0.05 |
| TOTAL : KAL0240 | | | | 209.66 | | $0.66 |
| KAL0331 | ROYAL RUMBLE 2003 | 2013 Q3 | 2013 Q3 | 918.73 | 0.02398 | 0.22 |
| KAL0331 | ROYAL RUMBLE 2003 | 2013 Q4 | 2013 Q4 | 291.79 | 0.02398 | 0.07 |
| KAL0331 | ROYAL RUMBLE 2003 | 2014 Q1 | 2014 Q1 | 170.58 | 0.02398 | 0.04 |
| KAL0331 | ROYAL RUMBLE 2003 | 2014 Q2 | 2014 Q2 | 95.94 | 0.02398 | 0.02 |
| KAL0331 | ROYAL RUMBLE 2003 | 2014 Q3 | 2014 Q3 | 48.80 | 0.02398 | 0.01 |
| TOTAL : KAL0331 | | | | 1,525.84 | | $0.36 |
| KAL0605 | HISTORY OF WRESTLEMANIA | 2013 Q4 | 2013 Q4 | 5.73 | 0.47170 | 0.03 |
| KAL0605 | HISTORY OF WRESTLEMANIA | 2014 Q1 | 2014 Q1 | 67.78 | 0.47170 | 0.32 |
| KAL0605 | HISTORY OF WRESTLEMANIA | 2014 Q2 | 2014 Q2 | 50.34 | 0.47170 | 0.24 |
| KAL0605 | HISTORY OF WRESTLEMANIA | 2014 Q3 | 2014 Q3 | 17.14 | 0.47170 | 0.08 |
| KAL0605 | HISTORY OF WRESTLEMANIA | 2014 Q4 | 2014 Q4 | 7.15 | 0.47170 | 0.03 |
| KAL0605 | HISTORY OF WRESTLEMANIA | 2015 Q1 | 2015 Q1 | 2.70 | 0.47170 | 0.01 |
| TOTAL : KAL0605 | | | | 150.84 | | $0.71 |
| KAL0865 | WORLDS GREATEST WRESTLI | 2014 Q1 | 2014 Q1 | 12.09 | 0.14451 | 0.02 |
| KAL0865 | WORLDS GREATEST WRESTLI | 2014 Q2 | 2014 Q2 | 20.45 | 0.14451 | 0.03 |
| KAL0865 | WORLDS GREATEST WRESTLI | 2014 Q3 | 2014 Q3 | 99.17 | 0.14451 | 0.14 |
| KAL0865 | WORLDS GREATEST WRESTLI | 2015 Q1 | 2015 Q1 | 4.07 | 0.14451 | 0.01 |
| TOTAL : KAL0865 | | | | 135.78 | | $0.20 |
| KAL1537 | MACHO MADNESS RANDY SA | 2013 Q3 | 2013 Q3 | 32.57 | 0.43103 | 0.14 |
| KAL1537 | MACHO MADNESS RANDY SA | 2013 Q4 | 2013 Q4 | 44.93 | 0.43103 | 0.19 |
| KAL1537 | MACHO MADNESS RANDY SA | 2014 Q1 | 2014 Q1 | 51.38 | 0.43103 | 0.22 |
| KAL1537 | MACHO MADNESS RANDY SA | 2014 Q2 | 2014 Q2 | 200.80 | 0.43103 | 0.87 |
| KAL1537 | MACHO MADNESS RANDY SA | 2014 Q3 | 2014 Q3 | 59.47 | 0.43103 | 0.26 |
| KAL1537 | MACHO MADNESS RANDY SA | 2015 Q1 | 2015 Q1 | 44.08 | 0.43103 | 0.19 |
| TOTAL : KAL1537 | | | | 433.23 | | $1.87 |
| KAL3216 | WRESTLEMANIA IV | 2013 Q3 | 2013 Q3 | 1,092.17 | 0.11000 | 1.20 |
| KAL3216 | WRESTLEMANIA IV | 2013 Q4 | 2013 Q4 | 230.53 | 0.11000 | 0.25 |
| KAL3216 | WRESTLEMANIA IV | 2014 Q1 | 2014 Q1 | 173.97 | 0.11000 | 0.19 |
| KAL3216 | WRESTLEMANIA IV | 2014 Q2 | 2014 Q2 | 372.40 | 0.11000 | 0.41 |
| KAL3216 | WRESTLEMANIA IV | 2014 Q3 | 2014 Q3 | 219.64 | 0.11000 | 0.24 |
| KAL3216 | WRESTLEMANIA IV | 2014 Q4 | 2014 Q4 | 172.87 | 0.11000 | 0.19 |
| KAL3216 | WRESTLEMANIA IV | 2015 Q1 | 2015 Q1 | 61.92 | 0.11000 | 0.07 |
| TOTAL : KAL3216 | | | | 2,323.50 | | $2.55 |
| KOC-DV-9056 | ROYAL RUMBLE 2003 - DVD | 2013 Q3 | 2013 Q3 | 4,844.44 | 0.02398 | 0.23 |
| KOC-DV-9056 | ROYAL RUMBLE 2003 - DVD | 2013 Q4 | 2013 Q4 | 820.73 | 0.02398 | 0.04 |
| KOC-DV-9056 | ROYAL RUMBLE 2003 - DVD | 2014 Q1 | 2014 Q1 | 1,592.01 | 0.02398 | 0.08 |
| KOC-DV-9056 | ROYAL RUMBLE 2003 - DVD | 2014 Q2 | 2014 Q2 | 1,505.98 | 0.02398 | 0.07 |
| KOC-DV-9056 | ROYAL RUMBLE 2003 - DVD | 2014 Q3 | 2014 Q3 | 726.05 | 0.02398 | 0.03 |
| KOC-DV-9056 | ROYAL RUMBLE 2003 - DVD | 2014 Q4 | 2014 Q4 | 165.09 | 0.02398 | 0.01 |
| TOTAL : KOC-DV-9056 | | | | 9,654.30 | | $0.46 |
| ROYRUMBLE88 | ROYAL RUMBLE 88 | 2013 Q3 | 2013 Q3 | 3,859.95 | 0.73529 | 5.68 |
| ROYRUMBLE88 | ROYAL RUMBLE 88 | 2013 Q3 | 2013 Q3 | 189.78 | 0.73529 | 0.07 |
| ROYRUMBLE88 | ROYAL RUMBLE 88 | 2013 Q4 | 2013 Q4 | 927.05 | 0.73529 | 1.36 |
| ROYRUMBLE88 | ROYAL RUMBLE 88 | 2014 Q1 | 2014 Q1 | 1,321.92 | 0.73529 | 1.94 |
| ROYRUMBLE88 | ROYAL RUMBLE 88 | 2014 Q2 | 2014 Q2 | 1,271.65 | 0.73529 | 1.87 |
| ROYRUMBLE88 | ROYAL RUMBLE 88 | 2014 Q3 | 2014 Q3 | 666.06 | 0.73529 | 0.98 |

Print Date: 9/24/2015  
Page :3 of 3  
Account: 000608  

TALENT NAME: BUTCH REED  

2015 Q3

| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
|---|---|---|---|---|---|---|
| ROYRUMBLE88 | ROYAL RUMBLE 88 | 2014 Q4 | 2014 Q4 | 166.74 | 0.73529 | 0.25 |
| ROYRUMBLE88 | ROYAL RUMBLE 88 | 2015 Q1 | 2015 Q1 | 59.34 | 0.73529 | 0.09 |
| TOTAL : ROYRUMBLE88 | | | | 8,462.49 | | $12.24 |
| WF049 | SURVIVOR SERIES 1 | 2013 Q3 | 2013 Q3 | 879.52 | 0.37000 | 0.65 |
| WF049 | SURVIVOR SERIES 1 | 2013 Q4 | 2013 Q4 | 131.63 | 0.37000 | 0.10 |
| WF049 | SURVIVOR SERIES 1 | 2014 Q1 | 2014 Q1 | 172.47 | 0.37000 | 0.13 |
| WF049 | SURVIVOR SERIES 1 | 2014 Q2 | 2014 Q2 | 123.52 | 0.37000 | 0.09 |
| WF049 | SURVIVOR SERIES 1 | 2014 Q3 | 2014 Q3 | 132.18 | 0.37000 | 0.10 |
| WF049 | SURVIVOR SERIES 1 | 2014 Q4 | 2014 Q4 | 29.75 | 0.37000 | 0.02 |
| WF049 | SURVIVOR SERIES 1 | 2015 Q1 | 2015 Q1 | 50.21 | 0.37000 | 0.04 |
| TOTAL : WF049 | | | | 1,519.28 | | $1.13 |
| WF053 | WRESTLEMANIA IV | 2013 Q3 | 2013 Q3 | 3,238.58 | 0.11000 | 0.71 |
| WF053 | WRESTLEMANIA IV | 2013 Q4 | 2013 Q4 | 271.58 | 0.11000 | 0.06 |
| WF053 | WRESTLEMANIA IV | 2014 Q1 | 2014 Q1 | 251.60 | 0.11000 | 0.06 |
| WF053 | WRESTLEMANIA IV | 2014 Q2 | 2014 Q2 | 305.76 | 0.11000 | 0.07 |
| WF053 | WRESTLEMANIA IV | 2014 Q3 | 2014 Q3 | 366.27 | 0.11000 | 0.08 |
| WF053 | WRESTLEMANIA IV | 2014 Q4 | 2014 Q4 | 72.51 | 0.11000 | 0.02 |
| WF053 | WRESTLEMANIA IV | 2015 Q1 | 2015 Q1 | 87.58 | 0.11000 | 0.02 |
| TOTAL : WF053 | | | | 4,593.88 | | $1.02 |
| TOTAL : REGENCY MEDIA | | | | 49,254.05 | | $64.84 |
| **SENDI MUTIARA MARKETING SDN BHD** | | | | | | |
| 9555336517650 | SATURDAY NIGHT MAIN EVEN | 2013 Q2 | 2013 Q2 | 5.94 | 0.20661 | 0.01 |
| TOTAL : SENDI MUTIARA MARKETING SDN BHD | | | | 5.94 | | $0.01 |
| **TOTAL : Video** | | | | 52,512.54 | | $67.42 |
| **TOTAL :BUTCH REED** | | | | 58,809.82 | | $69.98 |