# EXHIBIT H

Account # 036030



March 24, 2016

JAMES HARRIS
3400 LYLES RD
SENATOBIA, MS 38668

Dear JAMES HARRIS,

Enclosed is your royalty earnings statement for the First Quarter - 2016. Your earnings are summarized below:

## SUMMARY OF ROYALTY EARNINGS

### ROYALTY EARNED CURRENT QUARTER

| | |
|---|---:|
| Direct | $12.44 |
| Multi Media | $3.51 |
| Other Licensing | $22.88 |
| Video | $59.18 |
| **TOTAL EARNINGS** | **$98.01** |
| **NET ROYALTIES PAID** | **$98.01** |

### COMMENTS

If you receive guaranteed weekly pay, your royalty payment will be applied to your guarantee for this week. Otherwise, please find enclosed a check or direct deposit notification.

If you have any questions, please contact me at 203-352-8682.

Sincerely,

*Tom Bergamasco*

Tom Bergamasco
Director of Talent Participations

Enclosure

| | | | | | | |
|---|---|---|---|---|---|---|
| Print Date:3/24/2016 | | TALENT NAME: KAMALA | | | | 2016 Q1 |
| Page :1 of 3 | | (NOSTALGIA) | | | | |
| Account: 036030 | | | | | | |

| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
|---|---|---|---|---|---|---|
| *Direct* | | | | | | |
| **WWE AMAZON UK** | | | | | | |
| WWE220011 | WWE ULTIMATE SUPERSTAR | 2015 Q4 | 2015 Q4 | 471.08 | 0.02551 | 0.12 |
| WWE220015 | UNDERTAKER: 25 YEARS OF | 2015 Q4 | 2015 Q4 | 353.19 | 0.05952 | 0.21 |
| | TOTAL : WWE AMAZON UK | | | 824.27 | | $0.33 |
| **WWE SHOP** | | | | | | |
| SSERIES 6 92 | Survivor Series 6 1992 | 2015 Q4 | 2015 Q4 | 335.78 | 0.20600 | 0.14 |
| WWE220011 | WWE ULTIMATE SUPERSTAR | 2015 Q4 | 2015 Q4 | 1,808.85 | 0.02551 | 0.46 |
| WWE220015 | UNDERTAKER: 25 YEARS OF | 2015 Q4 | 2015 Q4 | 15,667.20 | 0.05952 | 9.33 |
| WWE240379 | TRUE GIANTS DVD COMPANIO | 2015 Q4 | 2015 Q4 | 74.98 | 0.03125 | 0.02 |
| WWE94849 | RAW "THE BEGINNING" THE B | 2015 Q4 | 2015 Q4 | 152.53 | 0.06494 | 0.10 |
| WWE94878 | BOBBY HEENAN 2 DISC | 2015 Q4 | 2015 Q4 | 17.94 | 0.04274 | 0.01 |
| WWE94979 | SHAWN BRET 3 DISC DVD | 2015 Q4 | 2015 Q4 | 255.81 | 0.02907 | 0.07 |
| WWE95194 | WMANIA IX 93 DVD | 2015 Q4 | 2015 Q4 | 201.20 | 0.01800 | 0.04 |
| WWE95378 | WWE PRESENTS - TRUE GIAN | 2015 Q4 | 2015 Q4 | 422.40 | 0.03125 | 0.13 |
| WWE95409 | IT'S GOOD TO BE THE KING: T | 2015 Q4 | 2015 Q4 | 905.72 | 0.10000 | 0.91 |
| WWE95410 | IT'S GOOD TO BE THE KING: T | 2015 Q4 | 2015 Q4 | 864.29 | 0.10000 | 0.86 |
| WWF609 | WMANIA IX 93 VIDEO | 2015 Q4 | 2015 Q4 | 1,244.28 | 0.01800 | 0.04 |
| | TOTAL : WWE SHOP | | | 21,950.98 | | $12.11 |
| **TOTAL : Direct** | | | | 22,775.25 | | $12.44 |
| *MultiMedia* | | | | | | |
| **TAKE2 INTERACTIVE - WWE 2014** | | | | | | |
| 11874XB2 | LEGENDS - XB2 | 2015 Q4 | 2015 Q4 | 631.52 | 0.55556 | 3.51 |
| | TOTAL : TAKE2 INTERACTIVE - WWE 2014 | | | 631.52 | | $3.51 |
| **TOTAL : MultiMedia** | | | | 631.52 | | $3.51 |
| *OtherLicensing* | | | | | | |
| **FATHEAD LLC** | | | | | | |
| 036030 | KAMALA (NOSTALGIA) | 2015 Q1 | 2015 Q1 | 0.53 | 25.00000 | 0.13 |
| 036030 | KAMALA (NOSTALGIA) | 2015 Q2 | 2015 Q2 | 71.37 | 25.00000 | 17.84 |
| TOTAL : 036030 | | | | 71.90 | | $17.97 |
| | TOTAL : FATHEAD LLC | | | 71.90 | | $17.97 |
| **PENGUIN GROUP (DK/BRADY GAMES)** | | | | | | |
| 9781465431240 | WWE: ULTIMATE SUPERSTAR | 2015 Q2 | 2015 Q2 | 3,852.14 | 0.12755 | 4.91 |
| | TOTAL : PENGUIN GROUP (DK/BRADY GAMES) | | | 3,852.14 | | $4.91 |
| **TOTAL : OtherLicensing** | | | | 3,924.04 | | $22.88 |
| *Video* | | | | | | |
| **ENTERTAINMENT ONE FILMS CANADA INC.** | | | | | | |
| KOC-DV-9066 | RAW 10TH ANNIVERSARY DV | 2015 Q3 | 2015 Q3 | 27.39 | 0.13661 | 0.04 |
| KOC-DV-9201 | WORLDS GREATEST WRESTLI | 2015 Q3 | 2015 Q3 | 6.96 | 0.14451 | 0.01 |
| KOC-DV-9211 | BORN TO CONTROVERSY: RO | 2015 Q3 | 2015 Q3 | 38.71 | 0.36232 | 0.14 |
| KOCDV9305 | HULH HOGAN UNRELEASED C | 2015 Q3 | 2015 Q3 | 11.09 | 0.36765 | 0.04 |
| KOCDV9333 | UTAKER MOST DANGEROUS | 2015 Q3 | 2015 Q3 | 4.91 | 0.39683 | 0.02 |
| WWEBD94980 | SHAWN VS BRET HART BR DV | 2015 Q3 | 2015 Q3 | 9.58 | 0.14535 | 0.01 |
| WWEBD95410 | IT'S GOOD TO BE THE KING: T | 2015 Q3 | 2015 Q3 | 69.12 | 0.50000 | 0.35 |
| WWEDV9373 | THE VERY BEST OF WCW NIT | 2015 Q3 | 2015 Q3 | 13.79 | 1.00000 | 0.14 |
| | TOTAL : ENTERTAINMENT ONE FILMS CANADA INC. | | | 181.55 | | $0.75 |

Print Date: 3/24/2016  
Page : 2 of 3  
Account: 036030  

TALENT NAME: KAMALA (NOSTALGIA)  

2016 Q1

| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
|---|---|---|---|---|---|---|
| **FREMANTLEMEDIA LIMITED** | | | | | | |
| FHEBWWE011 | FOR ALL MANKIND THE LIFE & | 2015 Q3 | 2015 Q3 | 461.99 | 0.29070 | 1.34 |
| FHEBWWE057 | WWE PRESENTS - TRUE GIAN | 2015 Q3 | 2015 Q3 | 125.80 | 0.15625 | 0.20 |
| FHEBWWE086 | IT'S GOOD TO BE THE KING: T | 2015 Q3 | 2015 Q3 | 528.76 | 0.50000 | 2.64 |
| FHEDWWE085 | IT'S GOOD TO BE THE KING: T | 2015 Q3 | 2015 Q3 | 1,152.34 | 0.50000 | 5.76 |
| FHEDWWE539 | RANDY ORTON THE EVOLUTI | 2015 Q3 | 2015 Q3 | 114.76 | 0.25000 | 0.29 |
| FHEDWWE543 | THE VERY BEST OF WCW MO | 2015 Q3 | 2015 Q3 | 543.31 | 1.00000 | 5.43 |
| FHEDWWE579 | WRESTLEMANIA 21 DVD | 2015 Q3 | 2015 Q3 | 372.28 | 0.00617 | 0.02 |
| FHEDWWE592 | HOGAN UNRELEASED COLL S | 2015 Q3 | 2015 Q3 | 118.50 | 0.36765 | 0.44 |
| | TOTAL : FREMANTLEMEDIA LIMITED | | | 3,417.74 | | $16.12 |
| **HVDIRECT** | | | | | | |
| WWE94656 | BEST OF RAW 15TH ANIV DVD | 2015 Q4 | 2015 Q4 | 862.33 | 0.02825 | 0.24 |
| WWE94832 | UTAKER MOST DANGEROUS | 2015 Q4 | 2015 Q4 | 2,199.04 | 0.07937 | 1.75 |
| WWE94832 | UTAKER MOST DANGEROUS | 2015 Q4 | 2015 Q4 | 15.41 | 0.07937 | 0.01 |
| | TOTAL : WWE94832 | | | 2,214.45 | | $1.76 |
| WWE94879 | 50 TOP SUPERSTARS IN WWE | 2015 Q4 | 2015 Q4 | 5,095.73 | 0.02874 | 1.46 |
| WWE94926 | THE VERY BEST OF WCW NIT | 2015 Q4 | 2015 Q4 | 5,344.73 | 0.20000 | 10.69 |
| WWE94939 | RANDY ORTON EVOL OF PRE | 2015 Q4 | 2015 Q4 | 320.30 | 0.05000 | 0.16 |
| WWE94979 | SHAWN BRET 3 DISC DVD | 2015 Q4 | 2015 Q4 | 1,960.51 | 0.02907 | 0.57 |
| WWE95148 | FOR ALL MANKIND THE LIFE & | 2015 Q4 | 2015 Q4 | 4,988.95 | 0.05810 | 2.90 |
| WWE95251 | RAW 20TH ANNIVERSARY CO | 2015 Q4 | 2015 Q4 | 3,977.79 | 0.01355 | 0.54 |
| WWE95303 | GREATEST STARS OF THE 80 | 2015 Q4 | 2015 Q4 | 166.52 | 0.04545 | 0.08 |
| WWE95304 | RANDY ORTON EVOLUTION O | 2015 Q4 | 2015 Q4 | 4,880.92 | 0.05000 | 2.44 |
| WWE95305 | TOP 50 SUPERSTARS OF ALL | 2015 Q4 | 2015 Q4 | 288.17 | 0.02874 | 0.08 |
| WWE95308 | TRIUMPH & TRAGEDY OF WC | 2015 Q4 | 2015 Q4 | 179.64 | 0.15625 | 0.28 |
| WWE95361 | UNDERTAKER'S DEADLIEST M | 2015 Q4 | 2015 Q4 | 1,469.07 | 0.07937 | 1.17 |
| WWE95378 | WWE PRESENTS - TRUE GIAN | 2015 Q4 | 2015 Q4 | 4,377.06 | 0.03125 | 1.37 |
| | TOTAL : HVDIRECT | | | 36,126.12 | | $23.74 |
| **HVDIRECT1** | | | | | | |
| WWE56041 | NO WAY OUT 2005 DVD | | | 102.47 | 0.00930 | 0.01 |
| | TOTAL : WWE56041 | | | 102.47 | | $0.01 |
| WWE94638 | UNDERTAKER 15-0 WAL EX SI | | | 1,162.25 | 0.06410 | 0.37 |
| | TOTAL : WWE94638 | | | 1,162.25 | | $0.37 |
| WWE94656 | BEST OF RAW 15TH ANIV DVD | | | 286.10 | 0.02825 | 0.08 |
| | TOTAL : WWE94656 | | | 286.10 | | $0.08 |
| WWE94832 | UTAKER MOST DANGEROUS | | | 1,607.06 | 0.07937 | 1.28 |
| WWE94832 | UTAKER MOST DANGEROUS | | | 4,296.08 | 0.07937 | 1.70 |
| | TOTAL : WWE94832 | | | 5,903.14 | | $2.98 |
| WWE94939 | RANDY ORTON EVOL OF PRE | | | 109.63 | 0.05000 | 0.05 |
| | TOTAL : WWE94939 | | | 109.63 | | $0.05 |
| | TOTAL : HVDIRECT1 | | | 7,563.59 | | $3.49 |
| **J SPORTS CORPORATION** | | | | | | |
| JSBR1118 | UNDERTAKER'S DEADLIEST M | 2015 Q3 | 2015 Q3 | 10.11 | 0.39683 | 0.04 |
| JSBR1129 | RAW THE BEGINNING THE BE | 2015 Q3 | 2015 Q3 | 5.74 | 0.47170 | 0.03 |
| JSBR1141 | TOP 50 SUPERSTARS OF ALL | 2015 Q3 | 2015 Q3 | 257.47 | 0.14368 | 0.37 |
| | TOTAL : J SPORTS CORPORATION | | | 273.32 | | $0.44 |
| **REGENCY MEDIA** | | | | | | |
| KAL0755 | JAKE THE SNAKE DVD | 2015 Q3 | 2015 Q3 | 104.00 | 0.47170 | 0.49 |
| KAL0970 | BORN TO CONTROVERSY | 2015 Q3 | 2015 Q3 | 36.77 | 0.36232 | 0.13 |

Print Date:3/24/2016  
Page :3 of 3  
Account: 036030  

TALENT NAME: KAMALA (NOSTALGIA)

2016 Q1

| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
|---|---|---|---|---:|---:|---:|
| KAL1159 | HEARTBREAK AND TRIUMPH | 2015 Q3 | 2015 Q3 | 3.78 | 0.25510 | 0.01 |
| KAL1890 | UTAKAR MOST DANGEROUS | 2015 Q3 | 2015 Q3 | 108.85 | 0.39683 | 0.43 |
| KAL2056 | 50 TOP SUPERSTARS IN WWE | 2015 Q3 | 2015 Q3 | 35.67 | 0.14368 | 0.05 |
| KAL2174 | THE VERY BEST OF WCW NIT | 2015 Q3 | 2015 Q3 | 465.37 | 1.00000 | 4.65 |
| KAL2264 | RANDY ORTON EVOL OF PRE | 2015 Q3 | 2015 Q3 | 306.83 | 0.25000 | 0.77 |
| KAL2319 | SHAWN BRET 2 DISC BLU RAY | 2015 Q3 | 2015 Q3 | 203.85 | 0.14535 | 0.30 |
| KAL3221 | WRESTLEMANIA IX 1993 | 2015 Q3 | 2015 Q3 | 23.22 | 0.09200 | 0.02 |
| KAL3603 | WWE PRESENTS - TRUE GIAN | 2015 Q3 | 2015 Q3 | 3.27 | 0.15625 | 0.01 |
| KAL3604 | WWE PRESENTS - TRUE GIAN | 2015 Q3 | 2015 Q3 | 318.90 | 0.15625 | 0.50 |
| KAL3709 | IT'S GOOD TO BE THE KING: T | 2015 Q3 | 2015 Q3 | 1,206.36 | 0.50000 | 6.03 |
| KAL3710 | IT'S GOOD TO BE THE KING: T | 2015 Q3 | 2015 Q3 | 139.18 | 0.50000 | 0.70 |
| WF111 | SURVIVOR SERIES VI | 2015 Q3 | 2015 Q3 | 247.37 | 1.03000 | 0.51 |
| WF113 | WMANIA IX 1993 | 2015 Q3 | 2015 Q3 | 241.87 | 0.09200 | 0.04 |
| | TOTAL : REGENCY MEDIA | | | 3,445.29 | | $14.64 |
| **TOTAL : Video** | | | | **51,007.61** | | **$59.18** |
| **TOTAL :KAMALA (NOSTALGIA)** | | | | **78,338.42** | | **$98.01** |