# EXHIBIT I

| | | | |
|---|---|---|---|
| | ☐ CORRECTED (if checked) | | |
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2005** Form 1099-MISC | Mis |
| World Wrestling Entertainment, In 1241 East Main Street Stamford, CT 06902 Contact Phone Number: 203-932-8400 | 2 Royalties $ 10,228.22 | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | |
| PAYER'S Federal identification number 04-2693383 | RECIPIENT'S identification number 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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ 0.00 |
| RECIPIENT'S name, address, and ZIP code 038785 MARK COPANI 1429 NORTH CURSON AVE APT#305 LOS ANGELES CA 90046 | | 7 Nonemployee compensation $ 203,169.24 | 8 Substitute payments in lieu of dividends or interest $ |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ |
| | | 11 | 12 |
| Account number (see instructions) | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
| 15a Section 409A deferrals $ FEDERAL | 15b Section 409A income $ | 16 State tax withheld $ 2,441.77 | 17 State/Payer's state no. |

Form **1099-MISC**  (keep for your records)  Department of the Treasury - Int



World
Wrestling
Entertainment™

Account # 29863

SALVADOR GUERRERO
17 WAY FAIRE
LAS FLORES, CA 92688
USA

January 28, 2011

Dear SALVADOR GUERRERO,

This letter contains your 2010 taxable earnings. This information is for the calendar year ended December 31, 2010 and is needed for you and/or your tax preparer to prepare your 2010 tax returns.

In an effort to simplify this process, we are enclosing only those forms which you may need to include with certain of your filings. A complete listing of your earnings and any tax withheld is shown by state, Canadian province (if applicable) and foreign country (if applicable) on the following pages of this letter.

In order to protect your privacy, we will not discuss this information with anyone other than yourself unless you provide us with your written authorization to do so. If you have any questions regarding this information, please contact me at talentpayroll@wwecorp.com or (203) 353-2838.

Sincerely,

Daniela Guarino Stella
Manager, Employee and Talent Payroll

Enclosures

| ☐ CORRECTED (if checked) | | |
|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>World Wrestling Entertainment, Inc.<br>1241 East Main Street<br>Stamford, CT 06902<br>Contact Phone Number: 203-352-8600 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>2010<br><br>Form 1099-MISC<br><br>**Miscellaneous Income** |
| | 2 Royalties<br>$ 86,569.10 | |
| | 3 Other income<br>$ 0.00 | 4 Federal income tax withheld<br>$ |
| PAYER'S federal identification number<br>04-2693383 | RECIPIENT'S identification number<br>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 | |
| RECIPIENT'S name, address, city and ZIP code<br>029863<br>SALVADOR GUERRERO<br>17 WAY FAIRE<br>LAS FLORES   CA   92688 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ 0.00 |
| | 7 Nonemployee compensation<br>$ 191,843.09 | 8 Substitute payments in lieu of dividends or interest<br>$ |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ |
| | 11 | 12 |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ 13,732.80<br>$ | 17 State/Payer's state no.<br>FEDERAL   LMB | 18 State income<br>$ 278,412.19<br>$ | Copy B<br>For Recipient<br><br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

Form 1099-MISC    5111    (Keep for your records)    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| World Wrestling Entertainment, Inc.<br>1241 East Main Street<br>Stamford, CT 06902<br>Contact Phone Number: 203-352-8600 | 2 Royalties $86,569.10 | 2010<br>Form 1099-MISC | |
| | 3 Other income $ 0.00 | 4 Federal income tax withheld $ | Copy B<br>For Recipient |
| PAYER'S federal identification number 04-2693383 | RECIPIENT'S identification number 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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ 0.00 | |
| RECIPIENT'S name, address, city and ZIP code<br>029863<br>SALVADOR GUERRERO<br>17 WAY FAIRE<br>LAS FLORES  CA  92688 | 7 Nonemployee compensation $44,543.09 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals STATE INCOME TAX $ | 15b Section 409A income $ | 16 State tax withheld $ 514.50 | 17 State/Payer's state no. CA | 18 State income $131,112.19 |

Form 1099-MISC  (keep for your records)  Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| World Wrestling Entertainment, Inc.<br>1241 East Main Street<br>Stamford, CT 06902<br>Contact Phone Number: 203-352-8600 | 2 Royalties $ 0.00 | 2010<br>Form 1099-MISC | |
| | 3 Other income $ 0.00 | 4 Federal income tax withheld $ | Copy B<br>For Recipient |
| PAYER'S federal identification number 04-2693383 | RECIPIENT'S identification number 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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ 0.00 | |
| RECIPIENT'S name, address, city and ZIP code<br>029863<br>SALVADOR GUERRERO<br>17 WAY FAIRE<br>LAS FLORES  CA  92688 | 7 Nonemployee compensation $ 3,000.00 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals STATE INCOME TAX $ | 15b Section 409A income $ | 16 State tax withheld $ 150.00 | 17 State/Payer's state no. CT | 18 State income $ 3,000.00 |

Form 1099-MISC  LMB  (keep for your records)  5111  Department of the Treasury - Internal Revenue Service

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | ☐ CORRECTED (if checked) | | OMB No. 1545-0115 | |
|---|---|---|---|---|
| World Wrestling Entertainment, Inc.<br>1241 East Main Street<br>Stamford, CT 06902<br>Contact Phone Number: 203-352-8600 | 1 Rents<br>$ | 2 Royalties<br>$ 0.00 | **2010**<br>Form 1099-MISC | Miscellaneous Income |
| | 3 Other income<br>$ 0.00 | 4 Federal income tax withheld<br>$ | | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>04-2693383 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, city and ZIP code<br>029863<br>SALVADOR GUERRERO<br>17 WAY FAIRE<br>LAS FLORES    CA    92688 | 7 Nonemployee compensation<br>$ 1,850.00 | 8 Substitute payments in lieu of dividends or interest<br>$ 0.00 | | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▷ ☐ | 10 Crop insurance proceeds<br>$ | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 11<br>$ | 12<br>$ | | |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ 92.50<br>$ | 17 State/Payer's state no.<br>MA | 18 State income<br>$ 1,850.00<br>$ |
| ESTIMATED TAX PAYMENT | | | | |

Form 1099-MISC    (keep for your records)    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 | |
|---|---|---|---|---|
| World Wrestling Entertainment, Inc.<br>1241 East Main Street<br>Stamford, CT 06902<br>Contact Phone Number: 203-352-8600 | | | **2010** | Miscellaneous Income |
| | | 2 Royalties $ 0.00 | Form 1099-MISC | |
| PAYER'S federal identification number<br>04-2693383 | RECIPIENT'S identification number<br>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 | 3 Other income $ 0.00 | 4 Federal income tax withheld $ | Copy B<br>For Recipient |
| RECIPIENT'S name, address, city and ZIP code<br>029863<br>SALVADOR GUERRERO<br>17 WAY FAIRE<br>LAS FLORES   CA   92688 | | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| | | 7 Nonemployee compensation $ 1,000.00 | 8 Substitute payments in lieu of dividends or interest $ 0.00 | |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds $ | |
| Account number (see instructions) | | 11 | 12 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ 20.00 | 17 State/Payer's state no. MN | 18 State income $ 1,000.00 |
| Form 1099-MISC | LMB (keep for your records) 5111 | | | Department of the Treasury - Internal Revenue |

## Form 1099-MISC (2010) — Copy B For Recipient

☐ CORRECTED (if checked)
OMB No. 1545-0115
**Miscellaneous Income**

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
World Wrestling Entertainment, Inc.
1241 East Main Street
Stamford, CT 06902
Contact Phone Number: 203-352-8600

| Box | Description | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | 0.00 |
| 3 | Other income | 0.00 |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | 0.00 |
| 7 | Nonemployee compensation | 600.00 |
| 8 | Substitute payments in lieu of dividends or interest | |
| 9 | Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | ☐ |
| 10 | Crop insurance proceeds | |
| 11 | | |
| 12 | | |
| 13 | Excess golden parachute payments | |
| 14 | Gross proceeds paid to an attorney | |
| 15a | Section 409A deferrals | |
| 15b | Section 409A income | |
| 16 | State tax withheld | 24.00 |
| 17 | State/Payer's state no. | NC |
| 18 | State income | 600.00 |

**PAYER'S federal identification number:** 04-2693383
**RECIPIENT'S identification number:** 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

**RECIPIENT'S name, address, city and ZIP code**
029863
SALVADOR GUERRERO
17 WAY FAIRE
LAS FLORES, CA 92688

Account number: STATE INCOME TAX

Form **1099-MISC** (keep for your records) — Department of the Treasury - Internal Revenue Service

---

## Form 1099-MISC (2010) — Copy B For Recipient

☐ CORRECTED (if checked)
OMB No. 1545-0115
**Miscellaneous Income**

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
World Wrestling Entertainment, Inc.
1241 East Main Street
Stamford, CT 06902
Contact Phone Number: 203-352-8600

| Box | Description | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | 0.00 |
| 3 | Other income | 0.00 |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | 0.00 |
| 7 | Nonemployee compensation | 3,500.00 |
| 8 | Substitute payments in lieu of dividends or interest | |
| 9 | Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | ☐ |
| 10 | Crop insurance proceeds | |
| 11 | | |
| 12 | | |
| 13 | Excess golden parachute payments | |
| 14 | Gross proceeds paid to an attorney | |
| 15a | Section 409A deferrals | |
| 15b | Section 409A income | |
| 16 | State tax withheld | 166.25 |
| 17 | State/Payer's state no. | NM |
| 18 | State income | 3,500.00 |

**PAYER'S federal identification number:** 04-2693383
**RECIPIENT'S identification number:** 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

**RECIPIENT'S name, address, city and ZIP code**
029863
SALVADOR GUERRERO
17 WAY FAIRE
LAS FLORES, CA 92688

Account number: STATE INCOME TAX   LMB   5111

Form **1099-MISC** (keep for your records) — Department of the Treasury - Internal Revenue Service

## Form 1099-MISC (2010) — Copy B

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
World Wrestling Entertainment, Inc.
1241 East Main Street
Stamford, CT 06902
Contact Phone Number: 203-352-8600

**PAYER'S federal identification number:** 04-2693383
**RECIPIENT'S identification number:** 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

**RECIPIENT'S name, address, city and ZIP code**
029863
SALVADOR GUERRERO
17 WAY FAIRE
LAS FLORES    CA    92688

OMB No. 1545-0115
**2010 Form 1099-MISC — Miscellaneous Income**

| Box | Description | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | 0.00 |
| 3 | Other income | 0.00 |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | 0.00 |
| 7 | Nonemployee compensation | 4,850.00 |
| 8 | Substitute payments in lieu of dividends or interest | |
| 9 | Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | |
| 10 | Crop insurance proceeds | |
| 13 | Excess golden parachute payments | |
| 14 | Gross proceeds paid to an attorney | |
| 15a | Section 409A deferrals | |
| 15b | Section 409A income — STATE INCOME TAX | |
| 16 | State tax withheld | 38.25 |
| 17 | State/Payer's state no. | OH |
| 18 | State income | 4,850.00 |

(keep for your records)    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
World Wrestling Entertainment, Inc.
1241 East Main Street
Stamford, CT 06902
Contact Phone Number: 203-352-8600

**PAYER'S federal identification number:** 04-2693383
**RECIPIENT'S identification number:** 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

**RECIPIENT'S name, address, city and ZIP code**
029863
SALVADOR GUERRERO
17 WAY FAIRE
LAS FLORES    CA    92688

OMB No. 1545-0115
**2010 Form 1099-MISC — Miscellaneous Income**

| Box | Description | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | 0.00 |
| 3 | Other income | 0.00 |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | 0.00 |
| 7 | Nonemployee compensation | 1,250.00 |
| 15b | Section 409A income — STATE INCOME TAX | |
| 16 | State tax withheld | 75.00 |
| 17 | State/Payer's state no. | WI |
| 18 | State income | 1,250.00 |

(keep for your records)   5111   Department of the Treasury - Internal Revenue Service

SALVADOR GUERRERO
17 WAY FAIRE
LAS FLORES    CA    92688
USA

## US and International Earnings - All Amounts in US Dollars

| Jurisdiction | | Earnings | Tax Withheld |
|---|---|---:|---:|
| AL | Alabama | 2,650.00 | 0.00 |
| AR | Arkansas | 700.00 | 0.00 |
| AT | Austria | 1,250.00 | 0.00 |
| AU | Australia | 13,500.00 | 3,915.00 |
| AZ | Arizona | 3,250.00 | 0.00 |
| CA | California | 131,112.19 | 514.50 |
| CO | Colorado | 1,500.00 | 0.00 |
| CT | Connecticut | 3,000.00 | 150.00 |
| DC | District of Columbia | 1,500.00 | 0.00 |
| DE | Delaware | 600.00 | 0.00 |
| FL | Florida | 1,500.00 | 0.00 |
| FR | France | 4,000.00 | 0.00 |
| GA | Georgia | 2,050.00 | 0.00 |
| GB | Great Britain | 22,500.00 | 5,312.30 |
| GT | Guatemala | 1,250.00 | 312.50 |
| IA | Iowa | 750.00 | 0.00 |
| ID | Idaho | 750.00 | 0.00 |
| IE | Ireland | 4,600.00 | 0.00 |
| IL | Illinois | 3,900.00 | 0.00 |
| IN | Indiana | 1,850.00 | 0.00 |
| KS | Kansas | 500.00 | 0.00 |
| KY | Kentucky | 1,350.00 | 0.00 |
| LA | Louisiana | 2,300.00 | 0.00 |
| MA | Massachusetts | 1,850.00 | 92.50 |
| MD | Maryland | 700.00 | 0.00 |
| MI | Michigan | 4,350.00 | 0.00 |
| MN | Minnesota | 1,000.00 | 20.00 |
| MO | Missouri | 750.00 | 0.00 |
| MX | MEXICO | 10,950.00 | 2,737.50 |
| NC | North Carolina | 600.00 | 24.00 |
| NH | New Hampshire | 1,300.00 | 0.00 |
| NM | New Mexico | 3,500.00 | 166.25 |
| NV | Nevada | 2,000.00 | 0.00 |
| NY | New York | 8,300.00 | 0.00 |
| NZ | New Zealand | 500.00 | 0.00 |
| OH | Ohio | 4,850.00 | 38.25 |
| OK | Oklahoma | 1,600.00 | 0.00 |
| OR | Oregon | 1,400.00 | 0.00 |
| PA | Pennsylvania | 4,500.00 | 0.00 |
| SC | South Carolina | 1,100.00 | 0.00 |
| SL | Scotland | 1,800.00 | 0.00 |
| SV | San Salvador | 1,500.00 | 375.00 |
| TN | Tennessee | 3,250.00 | 0.00 |
| TX | Texas | 12,400.00 | 0.00 |
| UT | Utah | 750.00 | 0.00 |

SALVADOR GUERRERO
17 WAY FAIRE
LAS FLORES     CA    92688
USA

## US and International Earnings - All Amounts in US Dollars

| Jurisdiction | | Earnings | Tax Withheld |
|---|---|---:|---:|
| VA | Virginia | 1,850.00 | 0.00 |
| WI | Wisconsin | 1,250.00 | 75.00 |
| | | 278,412.19 | 13,732.80 |

SALVADOR GUERRERO
17 WAY FAIRE
LAS FLORES    CA    92688
USA

## Canadian Earnings - Amounts in Canadian Dollars

| Province | | Earnings | Tax Withheld |
|---|---|---:|---:|
| AB | Alberta | 1,450.00 | 180.00 |
| ON | Ontario | 750.00 | 112.50 |
| QC | Quebec | 750.00 | 112.50 |
| | | **2,950.00** | **405.00** |

Canada Revenue Agency / Agence du revenu du Canada

**STATEMENT OF FEES, COMMISSIONS, OR OTHER AMOUNTS PAID TO NON-RESIDENTS FOR SERVICES RENDERED IN CANADA**

**ÉTAT DES HONORAIRES, DES COMMISSIONS OU D'AUTRES SOMMES PAYÉES À DES NON-RÉSIDENTS POUR SERVICES RENDUS AU CANADA**

**T4A-NR**

Year / Année: 2010

| Box | Field | Value |
|---|---|---|
| 18 | Gross income / Revenu brut | 1450.00 |
| 20 | Travel expenses / Frais de déplacement | .... |
| 22 | Income tax deducted / Impôt sur le revenu retenu | 180.00 |
| 23 | Reduction authorized / Réduction autorisée | |
| 11 | Recipient code / Code du bénéficiaire | 1 |
| 24 | City and province or territory where services rendered / Ville et province ou territoire où les services ont été rendus | AB |
| 26 | Number of days recipient was present in Canada / Nombre de jours où le bénéficiaire a séjourné au Canada | 10 |
| 27 | Country code of residence / Code du pays de résidence | CAN |
| 28 | Non-resident's industry type code / Code de genre d'entreprise non-résidente | 711 |
| 16 | Professional name (if applicable) / Nom professionnel (s'il y a lieu) | CHAVO GUERRERO |

**Non-resident recipient's name and address – Nom et adresse du bénéficiaire non-résident**

Individual's surname, first name and initial / Corporation, organization, association, trust, or institution name
Nom, prénom et initiale du particulier / Nom de la société, de l'organisme, de l'association, de la fiducie ou de l'établissement

SALVADOR GUERRERO

Address / Adresse
17 WAY FAIRE
LAS FLORES, CA 92688

Country code / Code pays: CAN

**Recipient's identification number – Numéro d'identification du bénéficiaire**

12 Social insurance number (SIN) or individual tax number (ITN) / Numéro d'assurance sociale (NAS) ou numéro d'identification-impôt (NII)
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

13 Account number – Numéro de compte
029863

14 Foreign tax identification number / Numéro d'identification étranger aux fins de l'impôt

Payer's name – Nom du payeur
World Wrestling Entertainment Canada, Inc

Payer's account number – Numéro de compte du payeur
121896385RP0001

Privacy Act, Personal Information Bank numbers CRA PPU 005 and CRA PPU 097
Loi sur la protection des renseignements personnels, Fichiers de renseignements personnels numéros ARC PPU 005 et ARC PPU 097
T4A-NR (10)

## T4A-NR — Statement of Fees, Commissions, or Other Amounts Paid to Non-Residents for Services Rendered in Canada

**Canada Revenue Agency / Agence du revenu du Canada**

**Year / Année:** 2010

| Box | Field | Value |
|---|---|---|
| 18 | Gross income / Revenu brut | 750.00 |
| 20 | Travel expenses / Frais de déplacement | |
| 22 | Income tax deducted / Impôt sur le revenu retenu | 112.50 |
| 23 | Reduction authorized / Réduction autorisée | |
| 11 | Recipient code / Code du bénéficiaire | 1 |
| 24 | City and province or territory where services rendered | ON |
| 26 | Number of days recipient was present in Canada | 0 |
| 27 | Country code of residence | CAN |
| 28 | Non-resident's industry type code | 71 |
| 16 | Professional name (if applicable) | CHAVO GUERRERO |

**Non-resident recipient's name and address:**
SALVADOR GUERRERO      029863
17 WAY FAIRE
LAS FLORES, CA 92688

Country code: CAN

- 12 Social insurance number (SIN) or individual tax number (ITN): 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
- 13 Account number:
- 14 Foreign tax identification number:

**Payer's name:** World Wrestling Entertainment Canada, Inc
**Payer's account number:** 121896385RP0001

T4A-NR (10)

---

## T4A-NR — Statement of Fees, Commissions, or Other Amounts Paid to Non-Residents for Services Rendered in Canada

**Canada Revenue Agency / Agence du revenu du Canada**

**Year / Année:** 2010

| Box | Field | Value |
|---|---|---|
| 18 | Gross income / Revenu brut | 750.00 |
| 20 | Travel expenses / Frais de déplacement | |
| 22 | Income tax deducted / Impôt sur le revenu retenu | 112.50 |
| 23 | Reduction authorized / Réduction autorisée | |
| 11 | Recipient code / Code du bénéficiaire | 1 |
| 24 | City and province or territory where services rendered | QC |
| 26 | Number of days recipient was present in Canada | 0 |
| 27 | Country code of residence | CAN |
| 28 | Non-resident's industry type code | 71 |
| 16 | Professional name (if applicable) | CHAVO GUERRERO |

**Non-resident recipient's name and address:**
SALVADOR GUERRERO      029863
17 WAY FAIRE
LAS FLORES, CA 92688

Country code: CAN

- 12 Social insurance number (SIN) or individual tax number (ITN): 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
- 13 Account number:
- 14 Foreign tax identification number:

**Payer's name:** World Wrestling Entertainment Canada, Inc
**Payer's account number:** 121896385RP0001

T4A-NR (10)

## Form 1099-MISC — 2015 Miscellaneous Income (Copy B For Recipient)

**PAYER:** WORLD WRESTLING ENTERTAINMENT, INC.
1241 EAST MAIN STREET
STAMFORD, CT 06902
CONTACT PHONE NUMBER: 203-352-8600

**PAYER'S federal identification number:** 04-2693383
**RECIPIENT'S identification number:** 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

**RECIPIENT:** 029872
MARK JINDRAK
c/o STEPANIE JINDRAK
47B WEST SELLERS ST
JASPER, GA 30143

| Box | Description | Amount |
|---|---|---|
| 1 | Rents | $0.00 |
| 2 | Royalties | $264.36 |
| 3 | Other income | $0.00 |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | $0.00 |
| 7 | Nonemployee compensation | $0.00 |
| 8 | Substitute payments in lieu of dividends or interest | |
| 10 | Crop insurance proceeds | |
| 14 | Gross proceeds paid to an attorney | $0.00 |
| 16 | State tax withheld | $0.00 |
| 17 | State/Payer's state no. | GA |
| 18 | State income | $264.36 |

## Form 1099-MISC — 2015 Miscellaneous Income (Copy B For Recipient)

**PAYER:** WORLD WRESTLING ENTERTAINMENT, INC.
1241 EAST MAIN STREET
STAMFORD, CT 06902
CONTACT PHONE NUMBER: 203-352-8600

**PAYER'S federal identification number:** 04-2693383
**RECIPIENT'S identification number:** 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

**RECIPIENT:** 029872
MARK JINDRAK
c/o STEPANIE JINDRAK
47B WEST SELLERS ST
JASPER, GA 30143

