# Exhibit J



**OSHA**®
Occupational Safety
and Health Administration

U.S. Department of Labor

# Job Safety and Health
# IT'S THE LAW!

### All workers have the right to:

- A safe workplace.

- Raise a safety or health concern with your employer or OSHA, or report a work-related injury or illness, without being retaliated against.

- Receive information and training on job hazards, including all hazardous substances in your workplace.

- Request an OSHA inspection of your workplace if you believe there are unsafe or unhealthy conditions. OSHA will keep your name confidential. You have the right to have a representative contact OSHA on your behalf.

- Participate (or have your representative participate) in an OSHA inspection and speak in private to the inspector.

- File a complaint with OSHA within 30 days (by phone, online or by mail) if you have been retaliated against for using your rights.

- See any OSHA citations issued to your employer.

- Request copies of your medical records, tests that measure hazards in the workplace, and the workplace injury and illness log.

*This poster is available free from OSHA.*

### Employers must:

- Provide employees a workplace free from recognized hazards. It is illegal to retaliate against an employee for using any of their rights under the law, including raising a health and safety concern with you or with OSHA, or reporting a work-related injury or illness.

- Comply with all applicable OSHA standards.

- Report to OSHA all work-related fatalities within 8 hours, and all inpatient hospitalizations, amputations and losses of an eye within 24 hours.

- Provide required training to all workers in a language and vocabulary they can understand.

- Prominently display this poster in the workplace.

- Post OSHA citations at or near the place of the alleged violations.

FREE ASSISTANCE to identify and correct hazards is available to small and medium-sized employers, without citation or penalty, through OSHA-supported consultation programs in every state.

*Contact OSHA. We can help.*



**1-800-321-OSHA (6742)** • **TTY 1-877-889-5627** • **www.osha.gov**

OSHA 3165-11R 2015