# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

___

JOSEPH M. LAURINAITIS, et. al.          Case No. 3:16-cv-01209-WWE

    Plaintiffs,

v.

WORLD WRESTLING
ENTERTAINMENT, INC., et. al.,

    Defendants.

___

## NOTICE OF APPEARANCE
___

To:   The Clerk and all parties of record

    I am authorized to practice in this Court, and I appear in this case as counsel for Joseph M. Laurinaitis and all Plaintiffs.

Date: August 1, 2016
    /s/Konstantine W. Kyros
    Konstantine W. Kyros
    CT Fed Bar # phv07431
    KYROS LAW OFFICES
    17 Miles Road
    Hingham, MA 02043
    Telephone: (800) 934-2921
    Facsimile: (617) 583-1905
    kon@kyroslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August 2016, I served a copy of the foregoing upon the attorneys of record via the Court's ECF system.

    /s/Konstantine W. Kyros