# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH M. LAURINAITIS, *et al.*, | : NO. 3:16-CV-01209-WWE |
| Plaintiffs, | : |
| VS. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., *et al.*, | : |
| Defendants. | : AUGUST 12, 2016 |

## **NOTICE OF APPEARANCE**

Please enter the Appearance of the undersigned, **JERRY S. MCDEVITT**, of **K&L GATES LLP**, as attorney for the Defendants in the above-entitled action.

    DEFENDANTS WORLD WRESTLING
    ENTERTAINMENT, INC. and VINCENT K.
    McMAHON,

    By: */s/ Jerry S. McDevitt*
        Jerry S. McDevitt (phv ct11783)
        K&L GATES LLP
        K&L Gates Center
        210 Sixth Avenue
        Pittsburgh, PA 15222
        Phone: (412) 355-6500
        Fax: (412) 355-6501
        Email: jerry.mcdevitt@klgates.com

    Their Attorney

## **CERTIFICATION OF SERVICE**

       I hereby certify that on August 12, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Jerry S. McDevitt*
                                                Jerry S. McDevitt (phv ct11783)

.