UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH M. LAURINAITIS, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:16-CV-01209-WWE |
| WORLD WRESTLING ENTERTAINMENT, INC., *et al.*, | |
| Defendants. | September 2, 2016 |

**PLAINTIFFS' MOTION FOR ORDER REGARDING 26(F) REPORT MOTION**

Despite Plaintiffs counsel's inquiry, There is no "good cause" whatsoever for the Defendants' Motion to be characterized as an "Emergency Motion," and the only "Emergency" is Defendants' failure to properly support their effort at transfer (*see* Document 16), which was opposed by Plaintiffs (*see* Document 22). Contrary to the title of the Motion, there is no "Emergency," and it should therefore be stricken as it constitutes a violation of the Local Rules. The Defendants filed a claim of "related case" with a request for transfer on July 21, 2016 (*see* Document 16), which was opposed by Plaintiffs through Document 22 on July 22, 2016. has, despite invitation, refused to confer in order to devise a case management plaint as required by Rule 26(f). Therefore, pursuant to Local Rule 16(b), Plaintiffs request this Court to enter the Plaintiffs proposed scheduling order filed herewith, and afford any other relief in the Court's discretion for Defendants' failure to cooperate in complying with the parties' Rule 26(f) obligations.,

Respectfully Submitted,

/s/ Brenden P. Leydon_____
Brenden P. Leydon, Esq. (ct16026)

1

TOOHER WOCL & LEYDON LLC
80 4th Street
Stamford, Connecticut 06905
Telephone: (203) 517-0456
Facsimile: 203-324-1407
BLeydon@tooherwocl.com


Konstantine W. Kyros, Esq.
KYROS LAW OFFICES
17 Miles Road
Hingham, MA 02043
Telephone: (800) 934-2921
Facsimile: 617-583-1905
kon@kyroslaw.com


S. James Boumil, Esq.
BOUMIL LAW OFFICES
120 Fairmount Street
Lowell, Massachusetts 01852
Telephone: (978) 458-0507
SJBoumil@Boumil-Law.com


Anthony M. Norris, Esq.
KYROS LAW OFFICES
17 Miles Road
Hingham, Massachusetts 02043
Telephone: (603) 995-1792
Facsimile: (617) 583-1905
anorris@kyroslaw.com


Erica C. Mirabella, Esq.
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Telephone: (617) 580-8270
Facsimile: (617) 583-1905
erica@mirabellaLLC.com


R. Christopher Gilreath, Esq.
GILREATH & ASSOCIATES
200 Jefferson Avenue, Suite 711

                                        Memphis, Tennessee 38103
                                        Telephone: (901) 527-0511
                                        Facsimile: (901) 527-0514
                                        chrisgil@sidgilreath.com

*Counsel for Plaintiffs.*

CERTIFICATE OF SERVICE

    I hereby certify that on this 2d day of September 9, 2016, a copy of the foregoing Complaint was served via this Court's electronic case filing system.

                                        */s/ Brenden P. Leydon*_____
                                        Brenden P. Leydon, Esq.