UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOSEPH M. LAURINAITIS,** *et al.*, | : NO. 3:16-CV-01209-VLB |
| Plaintiffs, | : |
| VS. | : |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** *et al.*, | : |
| Defendants. | : SEPTEMBER 28, 2016 |

## NOTICE OF FILING OF NOTICE OF RELATED CASES

Pursuant to Local Rule of Civil Procedure 40(b)(2), Defendant World Wrestling Entertainment, Inc. ("WWE") hereby provides notice that it has filed the attached Notice of Related Cases ("Notice") in the case captioned *Bagwell v. World Wrestling Entertainment, Inc.*, No. 3:16-CV-01350-JCH ("*Bagwell* Action"), which was filed on August 9, 2016, and initially assigned to the Honorable Janet C. Hall.  The Notice requests the transfer of the *Bagwell* Action to the docket of the Honorable Vanessa L. Bryant because it is related to the captioned case already pending before her following its transfer from the docket of the Honorable Warren W. Eginton (because of its own relation to yet other cases pending before Judge Bryant).

-2-

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,**

**By:  /s/ Jeffrey P. Mueller**
    **Jerry S. McDevitt (*pro hac vice*)**
    **Terry Budd (*pro hac vice*)**
    **Curtis B. Krasik *(pro hac vice*)**
    **K&L GATES LLP**
    **K&L Gates Center**
    **210 Sixth Avenue**
    **Pittsburgh, PA 15222**
    **Phone: (412) 355-6500**
    **Fax: (412) 355-6501**
    **Email: jerry.mcdevitt@klgates.com**
    **Email: terry.budd@klgates.com**
    **Email: curtis.krasik@klgates.com**

    **Thomas D. Goldberg (ct04386)**
    **Jonathan B. Tropp (ct11295)**
    **Jeffrey P. Mueller (ct27870)**
    **DAY PITNEY LLP**
    **242 Trumbull Street**
    **Hartford, CT 06103**
    **Phone: (860) 275-0100**
    **Fax: (860) 275-0343**
    **Email: tgoldberg@daypitney.com**
    **Email: jbtropp@daypitney.com**
    **Email: jmueller@daypitney.com**

    **Its Attorneys**

-3-

## CERTIFICATION OF SERVICE

I hereby certify that on September 28, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  */s/ Jeffrey P. Mueller*  
                                  **Jeffrey P. Mueller (ct27870)**