# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOSEPH M. LAURINAITIS,** *et al.*, | : NO. 3:16-CV-01209-VLB |
| Plaintiffs, | : |
| VS. | : |
| **WORLD WRESTLING ENTERTAINMENT, INC.,** *et al.*, | : |
| Defendants. | : OCTOBER 3, 2016 |

### NOTICE OF FILING OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO NOTICE OF RELATED CASES AND REQUEST FOR TRANSFER

Defendant World Wrestling Entertainment, Inc. hereby provides notice that it has filed the attached Reply to Plaintiff's Opposition to Notice of Related Cases and Request for Transfer in the case captioned *Bagwell v. World Wrestling Entertainment, Inc.*, Case No. 3:16-CV-01350-JCH.

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,**

**By:  /s/  Jeffrey P. Mueller**
**Jerry S. McDevitt (*pro hac vice*)**
**Curtis B. Krasik *(pro hac vice*)**
**K&L GATES LLP**
**K&L Gates Center**
**210 Sixth Avenue**
**Pittsburgh, PA 15222**
**Phone: (412) 355-6500**
**Fax: (412) 355-6501**
**Email: jerry.mcdevitt@klgates.com**
**Email: curtis.krasik@klgates.com**

**Jonathan B. Tropp (ct11295)**
**Jeffrey P. Mueller (ct27870)**
**DAY PITNEY LLP**
**242 Trumbull Street**
**Hartford, CT 06103**
**Phone: (860) 275-0100**
**Fax: (860) 275-0343**
**Email: jbtropp@daypitney.com**
**Email: jmueller@daypitney.com**

**Its Attorneys**

.

-3-

## CERTIFICATION OF SERVICE

      I hereby certify that on October 3, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              /s/ Jeffrey P. Mueller
                                                              Jeffrey P. Mueller (ct27870)