UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JOSEPH LAURINAITIS, ET AL,

    Plaintiffs,

v.

WORLD WRESTLING
ENTERTAINMENT, INC.; et al

    Defendant.

Case No. 3:16-CV-01209-WWE

### *MOTION FOR PRO HAC VICE ADMISSION FOR R. CHRISTOPHER GILREATH*

Pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for R. Christopher Gilreath, Esq. to be admitted *pro hac vice* to appear before this Court on behalf of the above-captioned Plaintiffs in the above-captioned matter.

    1.    Pursuant to Local Rule 83.l(d)(l), an affidavit of Attorney Gilreath, stating his qualifications for *pro hac vice* admission is attached as Exhibit A to this motion.

    2.    Pursuant to Local Rule 83.1(d)(2), the granting of this motion will not require the modification of any scheduling order entered in this matter.

    3.    Pursuant to Local Rule 83.l(d)(3), this motion is accompanied by payment of a fee of $75.00 to the Clerk of this Court.

4. Pursuant to Local Rule 83.l(d)(4), Attorney Gilreath a certificate of good standing from the bar of the State of Tennessee, the state in which he resides, with the Clerk of this Court is attached as Exhibit B to this motion.

WHEREFORE, the undersigned counsel respectfully moves for Christopher Gilreath, Esq. to be admitted *pro hac vice* in the above-captioned matter.

Dated: October 24, 2016   Respectfully submitted,

/s/ *Brenden P. Leydon*
Brenden P. Leydon, Esq.
TOOHER WOCL & LEYDON LLC
80 Fourth Street
Stamford, Connecticut 06905
Telephone: (203) 517-0456
Facsimile: 203-324-1407
BLeydon@tooherwocl.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of October, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Brenden P. Leydon*
Brenden P. Leydon, Esq.