UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH M. LAURINAITIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No. 3:16-CV-01209-WWE |

## AFFIDAVIT OF R. CHRISTOPHER GILREATH

STATE OF TENNESSEE   §
                    §
COUNTY OF SHELBY     §

Before me, the undersigned, personally appeared R. Christopher Gilreath, who after being duly sworn, did depose and state as follows:

1. My name is R. Christopher Gilreath. I am a licensed attorney with the firm of Gilreath & Associates, PLLC. My primary practice address is 200 Jefferson Avenue, Suite 711, Memphis, Tennessee 38103. My office telephone number is (901) 527-0511, and office facsimile number is (901) 527-0514. My office email address is chrisgil@sidgilreath.com.

2. I am admitted to practice in the following jurisdictions:

Tennessee – Bar No. 18667
District of Columbia – Bar No. 459712
Arkansas – Bar No. 2009074.

3. I am admitted to practice in the following federal courts with dates of admission:

U. S. District Court for the Western District of Tennessee – March 1, 2005
U. S. District Court for the Middle District of Tennessee – January 27, 1998
U. S. District Court for the Eastern District of Tennessee – May 19, 1998

U. S. Court of Appeals for the Sixth Circuit – October 21, 1998
United States Supreme Court – October 4, 2005.

4. I am presently admitted *pro hac vice* in the matter *McCullough et al v. World Wrestling Entertainment, Inc., No. 3:15-cv-01074-VAB*, and have previously registered with the Clerk of Court for purposes of ECF filing.

5. There are no pending disciplinary complaints pending as to me, nor is there any such complaint where a finding has been made that such complaint should proceed to a hearing.

6. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

7. I am familiar with, and have fully reviewed the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. Consistent with Local Rule 83.1, I hereby designate the following sponsoring attorney to be my agent for service of process:

> Mr. Brenden P. Leydon, Esq.
> TOOHER, WOCL & LEYDON, LLC
> 80 4th Street
> Stamford, CT 06905

9. I hereby designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission to this Court *pro hac vice*.

FURTHER AFFIANT SAYETH NOT



_____
R. Christopher Gilreath

Sworn to and subscribed before me this 21st day of October, 2016.

_____
Notary Public

My Commission expires: 1/24/2017

3