# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, James M. Hivner, Clerk of the Supreme Court, do hereby certify that R. CHRISTOPHER GILREATH is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: November 14, 1997

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 9th day of August, 2016.

James M. Hivner, Clerk

*MB Lindsey*

By: MaryBeth Lindsey, D.C.