# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSS MCCULLOUGH, RYAN SAKODA, and MATTHEW ROBERT WIESE, Individually and on behalf of all others similarly situated<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. | : : : : : : : : : : : | **CIVIL NO. 3:15-cv-01074-VLB**<br>**LEAD CASE** |
| WORLD WRESTLING ENTERTAINMENT, INC.<br><br>v.<br><br>ROBERT WINDHAM, THOMAS BILLINGTON, JAMES WARE, OREAL PERRAS, and VARIOUS JOHN DOE'S | : : : : : : : : : | **CIVIL NO. 3:15-CV-994-VLB**<br>**CONSOLIDATED CASE** |
| EVAN SINGLETON and VITO LOGRASSO,<br><br>v.<br>WORLD WRESTLING ENTERTAINMENT, INC. | : : : : : : : : | **CIVIL NO. 3:15-cv-00425 -VLB**<br>**CONSOLIDATED CASE** |
| JOSEPH M. LAURINAITIS, a/k/a Road Warrior Animal, CAROLE M. SNUKA on behalf of Estate of JAMES W. SNUKA, PAUL ORNDORFF, a/k/a Mr. Wonderful, SALAVADOR GUERRERO IV, a/k/a Chavo Guerrero, Jr., KELLI FUJIWARA SLOAN on behalf of estate of HARRY MASAYOSHI FUJIWARA, BRYAN EMMETT CLARK, JR., a/k/a Adam Bomb, ANTHONY NORRIS, a/k/a Ahmed Johnson, JAMES HARRIS, a/k/a Kamala, DAVE HEBNER, EARL HEBNER, CHRIS PALLIES, a/k/a King Kong Bundy, KEN | : : : : : : : : : : : : : : : | **CIVIL NO. 3:16-cv-01209-VLB**<br>**CONSOLIDATED CASE** |

PATERA, TERRY MICHAEL BRUNK,              :
a/k/a Sabu, BARRY DARSOW, a/k/a           :
Smash, BILL EADIE a/k/a Ax, JOHN          :
NORD, a/k/a The Bezerker, JONATHAN        :
HUGGER a/k/a Johnny The Bull, JAMES       :
BRUNZELL, a/k/a Jumpin' Jim, SUSAN        :
GREEN, a/k/a Sue Green, ANGELO            :
MOSCA, a/k/a King Kong Mosca, JAMES       :
MANLEY, a/k/a Jim Powers, MICHAEL         :
"MIKE" ENOS, a/k/a Blake Beverly,         :
BRUCE "BUTCH" REED, a/k/a The             :
Natural, CARLENE B. MOORE-                :
BEGNAUD, a/k/a Jazz, SYLVAIN              :
GRENIER, OMAR MIJARES a/k/a Omar          :
Atlas, DON LEO HEATON, a/k/a Don Leo      :
Jonathan, TROY MARTIN, a/k/a Shane        :
Douglas, MARC COPANI, a/k/a               :
Muhammad Hassan, MARK                     :
CANTERBURY, a/k/a Henry Godwin,           :
VICTORIA OTIS, a/k/a Princess Victoria,   :
JUDY HARDEE a/k/a Judy Martin, MARK       :
JINDRAK, GAYLE SCHECTER on Behalf         :
of Estate of JON RECHNER a.k.a Balls      :
Mahoney, BARBARA MARIE LEYDIG &           :
BERNARD KNIGHTON as co-                   :
representatives of Estate of Brian        :
Knighton, a/k/a Axl Rotten, MARTY         :
JANNETTY, JON HEIDENREICH, TERRY          :
SZOPINSKI, a/k/a The Warlord, SIONE       :
HAVEA VAILAHI, a/k/a The Barbarian,       :
LARRY OLIVER, a/k/a The Crippler,         :
BOBBI BILLARD, ASHLEY MASSARO,            :
a/k/a Ashley, PERRY SATULLO a/k/a         :
Perry Saturn, DAVID SILVA a/k/a           :
Sylvano Sousa, JOHN JETER a/k/a           :
Johnny Jeter, CHARLES BERNARD             :
SCAGGS a.k.a Flash Funk, CHARLES          :
WICKS a.k.a Chad Wicks, SHIRLEY           :
FELLOWS on Behalf of Estate of            :
TIMOTHY ALAN SMITH, a/k/a Rex King,       :
TRACY SMOTHERS, a/k/a Freddie Joe         :
Floyd, MICHAEL R HALAC, a/k/a             :
Mantaur, RICK JONES, a/k/a Black Bart,    :
KEN JOHNSON, a/k/a Slick, GEORGE          :
GRAY, a/k/a One Man Gang, FERRIN          :
JESSE BARR, a/k/a JJ Funk, LOU            :

**MARCONI, ROD PRICE, DONALD**          :
**DRIGGERS, RODNEY BEGNAUD, a/k/a**      :
**Rodney Mack, RONALD SCOTT HEARD**      :
**on Behalf of Estate of RONALD HEARD,** :
**a/k/a Outlaw Ron Bass, and BORIS**     :
**ZHUKOV**                               :
                                         :
**v.**                                   :
                                         :
**WORLD WRESTLING ENTERTAINMENT,**       :
**INC., and VINCENT K. MCMAHON,**        :
**Individually and as Trustee of the**   :
**Vincent K. McMahon Irrevocable Trust** :
**U/T/A dtd. June 24, 2004, as Trustee of** :
**the Vincent K. McMahon 2008**          :
**Irrevocable Trust U/T/A dtd. December** :
**23, 2008, and as Special Trustee of the** :
**Vincent K. McMahon 2013 Irrev. Trust** :
**U/A dtd. December 5, 2013, and as**     :
**Trustee of Certain Other Unnamed**     :
**McMahon Family Trusts, and as**         :
**Controlling Shareholder of WWE**        :

## JUDGMENT

This action having come before the Court on World Wrestling

Entertainment, Inc.'s (WWE) motion for judgment on the pleadings (Dkt. #205),

motion to dismiss the first amended complaint (Dkt. #266), defendant Vincent K.

McMahon's motion to dismiss Counts II, XVIII, and XIX of plaintiffs' first amended

complaint (Dkt. #269), and defendants' motion for sanctions (Dkt. #262) regarding

the first amended complaint before the Honorable Vanessa L. Bryant, United

States District Judge; and

The Court having previously dismissed plaintiffs Russ McCullough, Ryan

Sakoda and Matthew Robert Wiese on March 21, 2016, and defendant Various

John Doe's on March 22, 2016; and having granted defendant's motion for

summary judgment on the pleadings as to Evan Singleton and Vito LoGrasso on March 28, 2018; and

The Court having considered the full record of the case including applicable principles of law and having issued a memorandum of decision on September 17, 2018, granting WWE's motion for judgment on the pleadings for declaratory judgment to enter as to James Ware and Thomas Billington; dismissing the action against Robert Windham and Oreal Perras without prejudice to reopening; granting defendants' motions to dismiss; and granting in part defendants' motion for sanctions to the extent it sought attorney's fees and costs; it is therefore

ORDERED, ADJUDGED and DECREED that declaratory judgment is entered in favor of World Wrestling Entertainment, Inc. as to Ware and Billington; that judgment is entered for World Wrestling Entertainment, Inc. as to Evan Singleton and Vito LoGrasso; and judgment is entered for World Wrestling Entertainment, Inc. and Vincent K. McMahon as to Joseph M. Laurinaitis, Carole M. Snuka on behalf of Estate of James W. Snuka, Paul Orndorff, Salavador Guerrero IV, Kelli Fujiwara Sloan on behalf of Estate of Harry Masayoshi Fujiwara, Bryan Emmett Clark, Jr., Anthony Norris, James Harris, Dave Hebner, Earl Hebner, Chris Pallies, Ken Patera, Terry Michael Brunk, Barry Darsow, Bill Eadie, John Nord, Jonathan Hugger, James Brunzell, Susan Green, Angelo Mosca, James Manley, Michael "Mike" Enos, Bruce "Butch" Reed, Carlene B. Moore-Begnaud, Sylvain Grenier, Omar Mijares, Don Leo Heaton, Troy Martin, Marc Copani, Mark Canterbury, Victoria Otis, Judy Hardee, Mark Jindrak, Gayle Schecter on behalf of Estate of

Jon Rechner, Barbara Marie Leydig & Bernard Knighton as co-representatives of Estate of Brian Knighton, Marty Jannetty, Jon Heidenreich, Terry Szopinski, Sione Havea Vailahi, Larry Oliver, Bobbi Billard, Ashley Massaro, Perry Satullo, David Silva, John Jeter, Charles Bernard Scaggs, Charles Wicks, Shirley Fellows on behalf of Estate of Timothy Alan Smith, Tracy Smothers, Michael R Halac, Rick Jones, Ken Johnson, George Gray, Ferrin Jesse Barr, Lou Marconi, Rod Price, Donald Driggers, Rodney Begnaud, Ronald Scott Heard on behalf of Estate of Ronald Heard, and Boris Zhukov.

Dated at Hartford, Connecticut, this 27th day of September, 2018.

ROBIN D. TABORA, Clerk

By ___/S/ Jeremy J. Shafer_____
Jeremy Shafer
Deputy Clerk

EOD: 09/27/2018